IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; And CHARLES A. WHOBREY, as Trustee, <br><br> *Plaintiffs*, <br><br> v. <br><br> SUSAN WOODRUFF, an individual, <br><br> *Defendant*. | Case No. 21-cv-3327 <br><br> Judge Thomas M. Durkin <br><br> Magistrate Judge Jeffrey Cummings |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Entry of Default and Default Judgment, and the Court having reviewed the Motion along with the supporting materials, hereby FINDS, ADJUDGES, and ORDERS as follows:

1. That a default judgment is entered against Susan Woodruff.

2. That Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, as trustee, have and recover judgment from and against Susan Woodruff in the total amount of $41,782.20. This total amount consists of: (i) overpaid pension benefits in the principal amount of $40,205.00; (ii) attorneys' fees in the amount of $1,008.00; and (iii) costs in the amount of $569.20.

3. That equitable relief in the form of an equitable lien in favor of Plaintiffs is imposed upon the funds held by Susan Woodruff, in an identifiable amount of $40,205.00, which amount represents Plaintiffs' unreimbursed overpayment of pension benefits received by Susan Woodruff.

4. That Plaintiffs are granted equitable relief against Susan Woodruff in the form of an order by this Court that Susan Woodruff hold an amount of money, in the identifiable sum of

$40,205.00, in constructive trust for Plaintiffs to satisfy Plaintiffs' equitable rights to restitution against Susan Woodruff for pension benefits overpaid by the Pension Fund to Susan Woodruff after the death of Linda Worsham.

5. That Susan Woodruff is enjoined from disposing of any monies held in constructive trust for Plaintiffs and from comingling said monies with any of Susan Woodruff's other assets until reimbursement of Plaintiffs' equitable lien is made in full.

6. That Susan Woodruff is ordered to reimburse Plaintiffs in an amount sufficient to satisfy Plaintiffs' equitable lien in the total amount of $40,205.00.

7. That Plaintiffs are awarded execution for collection of the judgment and costs granted.

Dated: November 8, 2021      Entered: _Thomas M Durkin_
                                          Honorable Thomas Durkin
                                          United States District Judge